

- [ ] Record of Meeting
- [x] Record of Discipline

## Employee Information

| | | |
|---|---|---|
| Employee Name: Monroe Wilkerson | Date: 3/6/12 | Time: |
| Emp. Clock No.: 821 | Job Title: | |
| Manager: J Shipley | Department: 306 Mix Batch | |

## Type of Offense

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [ ] Violation of Company Policies
- [ ] Substandard Work
- [ ] Violation of Safety Rules
- [ ] Violation of HAACP/GMP Policies
- [x] Other: Out of work area

## Type of Discipline

- [ ] Verbal
- [ ] Written
- [ ] 1 Day Suspension
- [ ] 3 Day Suspension
- [ ] 5 Day Suspension
- [x] Indefinite/ Pending Investigation
- [ ] Termination

Consequences of Further Incidents:

## Details

Description of Issue: Out of work area. Resulting in an oven going out of line down time. Oven was down for an extended amount of time. Resulting in a settlement of product to back up in the oven. High generation of scrap. Without being properly ___.

Employee Agreement for next steps:

## Acknowledgement of Receipt of Warning

By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your manager have discussed the warning and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.

Employee Signature / Date: 3-6-12

Manager Signature: Refused to sign / Date:

Steward Signature (if needed) / Date: 3/6/12